David C. MADDEN, Plaintiff-Respondent,

v.

James L. LONG, Defendant-Appellant.

No. 47691.

Missouri Court of Appeals, Eastern District, Division One.

July 31, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 18, 1984.

Dallas W. Cox, Jr., St. Louis, for defendant-appellant.

Glenn E. Davis, St. Louis, for plaintiff-respondent.

PER CURIAM.

This is an appeal from a default judgment awarding damages for violation of the Merchandising Practices Act, § 407.020 RSMo.1978, and a subsequent denial by the trial court of the defendant's motion to set aside the judgment. This court concludes that a written opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).